and *William F. Hall* for petitioner. *Messrs. J. Bernhard Thiess* and *Sidney Neuman* for respondent.

No. 409. TENNESSEE COAL, IRON & RAILROAD CO. ET AL. *v.* MUSCODA LOCAL No. 123 ET AL. November 15, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs. Borden Burr, E. L. All, R. T. Rives,* and *T. F. Patton* for petitioners. *Messrs. Crampton Harris, Lee Pressman,* and *J. Q. Smith* for Muscoda Local No. 123 et al.; and *Solicitor General Fahy, Messrs. Douglas B. Maggs* and *Irving J. Levy,* and *Miss Bessie Margolin* for the Administrator of the Wage and Hour Division, U. S. Dept. of Labor,— respondents.

No. 436. WALLING, ADMINISTRATOR, *v.* JAMES V. REUTER, INC. November 22, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Solicitor General Fahy* and *Mr. Douglas B. Maggs* for petitioner. *Mr. Frank S. Normann* for respondent.

No. 441. GENERAL TRADING CO., DOING BUSINESS AS MINNEAPOLIS IRON STORE, *v.* STATE TAX COMMISSION. November 22, 1943. Petition for writ of certiorari to the Supreme Court of Iowa granted. *Messrs. Edward S. Stringer* and *A. B. Howland* for petitioner. *Mr. Jens Grothe* for respondent.

No. 447. JOHNSON ET AL. *v.* YELLOW CAB TRANSIT CO. November 22, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. *Messrs. Randell S. Cobb,* Attorney General of Oklahoma,